UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM VAN BATENBURG,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL PARAMO, et al.,<br><br>    Defendants. | Case No. 16-cv-06810-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

    Plaintiff William Van Batenburg failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $400.00. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Van Batenburg may move to reopen the action. Any such motion **must** contain a complete IFP application, **or** full payment for the $400.00 filing fee.

    The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** January 6, 2017



WILLIAM H. ORRICK
United States District Judge